UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

ARTURO ESTEVEZ, Individually, and On       :    Case No.: 1:21-cv-08847-AT
Behalf of All Others Similarly Situated,        :
                                                            :
                                                            :
                                    Plaintiff,          :
     vs.                                                  :    **NOTICE OF VOLUNTARY DISMISSAL**
                                                            :
                                                            :
                                                            :
OMAZE, INC.,                                       :
                                                            :
                                    Defendant.      :
                                                            :
                                                            :
———————————————————————— x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Arturo Estevez hereby gives notice that

the above-captioned action is voluntarily dismissed, with prejudice, against defendant Omaze, Inc.

DATED:  June 13, 2022                        **MIZRAHI KROUB LLP**


                                                            /s/ Jarrett S. Charo
                                            ———————————————————
                                                         JARRETT S. CHARO

                                            JOSEPH H. MIZRAHI
                                            JARRETT S. CHARO
                                            WILLIAM J. DOWNES
                                            200 Vesey Street, 24th Floor
                                            New York, NY  10281
                                            Telephone:  212/595-6200
                                            212/595-9700 (fax)
                                            jmizrahi@mizrahikroub.com
                                            jcharo@mizrahikroub.com
                                            wdownes@mizrahikroub.com

                                            *Attorneys for Plaintiff*